Ernest Cory (Admitted *Pro Hac Vice*)
Kristian W. Rasmussen (Admitted *Pro Hac Vice*)
Lauren S. Miller (Admitted *Pro Hac Vice*)
R. Andrew Jones (Admitted *Pro Hac Vice*)
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com
       krasmussen@corywatson.com
       lmiller@corywatson.com
       ajones@corywatson.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-md-02691-RS<br>MDL No. 2691<br><br>Case No: |
| GREGORY YOUNG,<br><br>        Plaintiff(s)<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant(s). | **Short Form Complaint** |

Plaintiff(s), Gregory Young, incorporates by reference the Plaintiffs' Master Long Form Complaint(s) filed with United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*. Plaintiff(s) further show the court as follows:

1. Defendant(s) against whom Complaint is made:

    a.  <u>X</u>  Eli Lilly and Company

    b.  <u>  </u>  Pfizer Inc.

    c.  <u>  </u>  Other (specify Defendant) _____

2. Plaintiff's Full Name:
   a. <u>Gregory Young</u>
3. Name of the party or deceased who ingested Viagra/Revatio (sildenafil citrate) (hereinafter "Viagra") and/or Cialis/Adcirca (tadalafil) (hereinafter "Cialis") and suffered injury, if different than Plaintiff:
   a. <u>N/A</u>
4. Name of additional or other Plaintiff, including loss of consortium Plaintiff(s) (i.e. administrator, executor, guardian, conservator):
   a. <u>N/A</u>
5. Plaintiff's current city and state of residence:
   a. <u>Guntersville, AL</u>
6. District Court in which venue would be proper absent direct filing:
   a. <u>Northern District of Indiana</u>
7. City and state of Plaintiff or Decedent when he/she was diagnosed with melanoma:
   a. <u>Albertville, AL</u>
8. Approximate dates that the Plaintiff or Decedent ingested Viagra (if applicable):
   a. Start date: <u>N/A</u>
   b. Stop date: <u>N/A</u>
9. Approximate dates that the Plaintiff or decedent ingested Cialis (if applicable):
   a. Start date: <u>10/11/2011</u>
   b. Stop date: <u>12/15/2015</u>
10. Date(s) that Plaintiff was diagnosed with melanoma which he/she alleges was caused by Viagra and/or Cialis:
    a. <u>6/19/2013</u>
    b. <u>10/26/2017 – metastatic melanoma</u>
11. Date of death of Decedent, if applicable:
    a. <u>N/A</u>

1  12. Master Complaint Adopted (check one or both):

2      a. _____ Pfizer Master Complaint

3      b. __X__ Eli Lilly Master Complaint

4  13. Counts in the Master Complaint(s) brought by Plaintiff(s):

5      a. Count 1 (Negligence): __X__

6      b. Count 2 (Gross Negligence): __X__

7      c. Count 3 (Negligence Per Se): __X__

8      d. Count 4 (Unfair and Deceptive Trade Practices: Unfairness) __X__

9      e. Count 5 (Unfair and Deceptive Trade Practices: Fraud) __X__

10     f. Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness) __X__

11     g. Count 7 (Strict Liability – Defective Design): __X__

12     h. Count 8 (Strict Liability – Failure to Warn): __X__

13     i. Count 9 (Failure to Test): __X__

14     j. Count 10 (Breach of Express Warranty): __X__

15     k. Count 11 (Breach of Implied Warranty): __X__

16     l. Count 12 (Fraudulent Misrepresentation and Concealment): __X__

17     m. Count 13 (Negligent Misrepresentation and Concealment): __X__

18     n. Count 14 (Fraud and Deceit): __X__

19     o. Count 15 (Willful, Wanton, and Malicious Conduct): __X__

20     p. Count 16 (Unjust Enrichment): __X__

21     q. Count 17 (Loss of Consortium): _____

22     r. Count 18 (Survival): _____

23     s. Count 19 (Wrongful Death): _____

24     t. Count 20 (Punitive Damages): __X__

25     u. Other: _____

26 14. Jury Demand

27

28

a. Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand a trial by jury as to all claims in this action: Yes __X__ No _____

Dated this the 4th day of January, 2018.

                                         Respectfully submitted on behalf of the Plaintiff(s),

                                         */s/ Ernest Cory*
                                         Ernest Cory
                                         Kristian W. Rasmussen
                                         Lauren S. Miller
                                         R. Andrew Jones
                                         CORY WATSON, P.C.
                                         2131 Magnolia Avenue
                                         Birmingham, AL 35205
                                         Telephone: (205) 328-2200
                                         Facsimile: (205) 324-7896
                                         Email: ecory@corywatson.com
                                                        krasmussen@corywatson.com
                                                        lmiller@corywatson.com
                                                        ajones@corywatson.com